UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY ZERFAS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE BOUQS OPCO, LLC,<br><br>Defendant. | NO.  2:26-cv-00305<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Without waiving any rights or defenses held by any party, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCR 7(j), Defendant The Bouqs Opco, LLC ("Defendant") and Plaintiff Lindsay Zerfas ("Plaintiff"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the Court should extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint, from February 3, 2026 to March 5, 2026.  This motion is made in good faith and not for the purpose of delay.

STIPULATED MOTION AND ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT - 1
(Case No. 2:26-cv-00305)

DATED this 27th day of January, 2026.

DOVEL & LUNER, LLP

By: *s/Jonas B. Jacobson*
    Jonas B. Jacobson
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    jonas@dovel.com

BARG SINGER HOESLY, P.C.

    Cody Hoesly
    121 SW Morrison Street, Suite 600
    Portland, Oregon 97204
    choesly@bargsinger.com

*Attorneys for Plaintiff*

MARTINEZ & FARMER LLP

By: *s/Tyler L. Farmer*
By: *s/Ariel A. Martinez*
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    4020 East Madison St., Suite 300
    Seattle, WA 98112
    Tel:  (206) 208-2270
    Email: tyler@mfseattle.com
    Email: ariel@mfseattle.com

DENTONS US LLP

By: *s/Mark A. Silver*
By: *s/Leanne Sunderland*
    Mark A. Silver (811928) *pro hac vice forthcoming*
    Leanne Sunderland (351965) *pro hac vice forthcoming*
    303 Peachtree Rd NE, Suite 5300
    Atlanta, GA 30308
    Telephone (404) 527-4000
    Email: mark.silver@dentons.com
    Email: leanne.sunderland@dentons.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT - 2
(Case No. 2:26-cv-00305)

**ORDER**

The Court GRANTS the parties' stipulated motion (Dkt. No. 2) and ORDERS that Defendant's responsive pleading shall be due on March 5, 2026.


DATED: February 2, 2026

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT - 3
(Case No. 2:26-cv-00305)