HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY ZERFAS, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff<br><br>v.<br><br>THE BOUQS OPCO, LLC,<br><br>    Defendant. | Case No.: 2:26-cv-00305-KKE<br><br>SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: February 12, 2026 |

Without waiving any rights or defenses held by any party, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCR 7(j), Defendant The Bouqs Opco, LLC ("Defendant") and Plaintiff Lindsay Zerfas ("Plaintiff"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the Court should extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint, from March 5, 2026, to April 4, 2026. This motion is made in good faith and not for the purpose of delay and instead made to allow the parties to exchange information informally and resolve outstanding issues in an effort to avoid motions practice.

SECOND STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - **1**
(Case No. 2:26-cv-00305-KKE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

DATED this 12th day of February, 2026.

DOVEL & LUNER, LLP

By: */s/ Jonas B. Jacobson*
     *(with express permission)*
     Jonas B. Jacobson
     201 Santa Monica Blvd., Suite 600
     Santa Monica, California 90401
     jonas@dovel.com

BARG SINGER HOESLY, P.C.

     Cody Hoesly
     121 SW Morrison Street, Suite 600
     Portland, Oregon 97204
     choesly@bargsinger.com

*Attorneys for Plaintiff*

I certify that this memorandum contains 105 words, in compliance with the Local Civil Rules.

MARTINEZ & FARMER LLP

By: */s/ Tyler L. Farmer*
By: */s/ Ariel A. Martinez*
     Tyler L. Farmer, WSBA #39912
     Ariel A. Martinez, WSBA #54869
     4020 East Madison St., Suite 300
     Seattle, WA 98112
     Tel:  (206) 208-2270
     Email: tyler@mfseattle.com
     Email: ariel@mfseattle.com

DENTONS US LLP

By: */s/ Mark A. Silver*
By: */s/ Leanne Sunderland*
     Mark A. Silver
     (*Admitted pro hac vice*)
     Leanne Sunderland
     (*Admitted pro hac vice*)
     303 Peachtree Rd NE, Suite 5300
     Atlanta, GA 30308
     Telephone (404) 527-4000
     mark.silver@dentons.com
     leanne.sunderland@dentons.com

*Attorneys for Defendant The Bouqs Opco, LLC*

SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT **- 2** (Case No. 2:26-cv-00305-KKE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant's responsive pleading shall be due on April 4, 2026.

DATED: February 12, 2026

Kymberly K. Evanson
United States District Judge

*Presented by:*

MARTINEZ & FARMER LLP

By: */s/ Tyler L. Farmer*
By: */s/ Ariel A. Martinez*
　　Tyler L. Farmer, WSBA #39912
　　Ariel A. Martinez, WSBA #54869
　　4020 East Madison St., Suite 300
　　Seattle, WA 98112
　　Tel:  (206) 208-2270
　　Email: tyler@mfseattle.com
　　Email: ariel@mfseattle.com

DENTONS US LLP

By: */s/ Mark A. Silver*
By: */s/ Leanne Sunderland*
　　Mark A. Silver
　　(*Admitted pro hac vice*)
　　Leanne Sunderland
　　(*Admitted pro hac vice*)
　　303 Peachtree Rd NE, Suite 5300

SECOND STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - **3**
(Case No. 2:26-cv-00305-KKE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

Atlanta, GA 30308
Telephone (404) 527-4000
mark.silver@dentons.com
leanne.sunderland@dentons.com

DOVEL & LUNER, LLP

By: */s/ Jonas B. Jacobson*
    *(with express permission)*
    Jonas B. Jacobson
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    jonas@dovel.com

BARG SINGER HOESLY, P.C.

Cody Hoesly
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
choesly@bargsinger.com

*Attorneys for Plaintiff*

SECOND STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - **4**
(Case No. 2:26-cv-00305-KKE)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270