HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDSAY ZERFAS, *individually and on behalf of all others similarly situated*,

Plaintiff

v.

THE BOUQS OPCO, LLC,

Defendant.

Case No.: 2:26-cv-00305-KKE

THIRD STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Without waiving any rights or defenses held by any party, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCR 7(j), Defendant The Bouqs Opco, LLC ("Defendant") and Plaintiff Lindsay Zerfas ("Plaintiff"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the Court should extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint, from April 4, 2026, to April 24, 2026. This motion is made in good faith and not for the purpose of delay, as the parties have continued to exchange information informally and resolve outstanding issues. These conversations have continued to be productive in identifying the relevant legal disputes outstanding, and the parties anticipate this will be the last extension necessary before the

THIRD STIPULATED MOTION AND ORDER TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT - **1**
(Case No. 2:26-cv-00305-KKE)

responsive pleading.

DATED this 1st day of April, 2026.

DOVEL & LUNER, LLP

By: /s/ Jonas B. Jacobson
    (with express permission)
    Jonas B. Jacobson
    201 Santa Monica Blvd., Suite 600
    Santa Monica, California 90401
    jonas@dovel.com

BARG SINGER HOESLY, P.C.

    Cody Hoesly
    121 SW Morrison Street, Suite 600
    Portland, Oregon 97204
    choesly@bargsinger.com

*Attorneys for Plaintiff*

I certify that this memorandum contains 125 words, in compliance with the Local Civil Rules.

MARTINEZ & FARMER LLP

By: /s/ Tyler L. Farmer
By: /s/ Ariel A. Martinez
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    4020 East Madison St., Suite 300
    Seattle, WA 98112
    Tel:  (206) 208-2270
    Email: tyler@mfseattle.com
    Email: ariel@mfseattle.com

DENTONS US LLP

By: /s/ Mark A. Silver
By: /s/ Leanne Sunderland
    Mark A. Silver
    (*Admitted pro hac vice*)
    Leanne Sunderland
    (*Admitted pro hac vice*)
    303 Peachtree Rd NE, Suite 5300
    Atlanta, GA 30308
    Telephone (404) 527-4000
    mark.silver@dentons.com
    leanne.sunderland@dentons.com

*Attorneys for Defendant The Bouqs Opco, LLC*

THIRD STIPULATED MOTION AND ORDER TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT - **2**
(Case No. 2:26-cv-00305-KKE)

# ORDER

The Court GRANTS the parties' stipulated motion (Dkt. No. 20) and ORDERS that Defendant's responsive pleading shall be filed no later than April 24, 2026.

DATED: April 2, 2026

Kymberly K. Evanson
United States District Judge