THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDSAY ZERFAS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE BOUQS OPCO, LLC,<br><br>    *Defendant*. | Case No.: Case No. 2:26-cv-00305-KKE<br><br>**STIPULATED MOTION AND ORDER REGARDING AMENDED COMPLAINT AND EXTENSION OF CASE DEADLINES** |

Stipulated Motion and [Proposed] Order
Regarding Amended Complaint
and Extension of Case Deadlines

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

**<u>STIPULATED MOTION</u>**

Plaintiff Lindsay Zerfas ("Plaintiff") and Defendant The Bouqs Opco, LLC ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, stipulate as follows:

1. On December 30, 2025, Plaintiff filed a class action Complaint against Defendant in the Superior Court of the State of Washington, King County.

2. On January 27, 2026, Defendant timely filed a notice of removal (Dkt. 1).

3. Counsel for the Parties previously filed stipulated notices to extend Defendant's deadline to respond to Plaintiff's Complaint and set the briefing schedule (Dkt. 2, 17, 20).

4. The Parties exchanged initial disclosures on April 8, 2026.

5. Plaintiff wishes to withdraw as the proposed class representative, and another absent class member, Jenna Pham, wishes to substitute into this case as the proposed class representative. Accordingly, Parties have agreed, subject to the Court's approval, that: (1) Defendant will consent to Plaintiff filing a First Amended Complaint (FAC) that substitutes named Plaintiff Lindsay Zerfas with class member Jenna Pham as the named Plaintiff, (2) Plaintiff shall file the amended complaint on or before April 29, 2026; (3) Defendant will have 30 days after the filing of the FAC to respond to the FAC, (4) the deadline for the FRCP 26(f) conference will be extended until a date that is 60 days after the date on which the FAC is filed, and (5) the deadline to submit the Joint Status Report and discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) will be extended until 70 days from the filing of the FAC.

6. Accordingly, the Parties stipulate to and request that the deadlines for the case be extended as follows:

| Case Event | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's deadline to file the Amended Complaint contemplated by this stipulation | N/A | April 29, 2026 |

Stipulated Motion and Order
Regarding Amended Complaint
and Extension of Case Deadlines                    1

| Defendant's Respond to FAC | 14 days after the filing of the FAC | 30 days after the filing of the FAC |
|---|---|---|
| FRCP 26(f) conference | 3/25/26 (Dkt. 19) | 60 days after the filing of the FAC |
| Joint Status Report and Discovery Plan | 4/15/26 (Dkt. 19) | 70 days after the filing of the FAC |

Dated: April 15, 2026

Respectfully submitted,

By: */s/ Simon Franzini*

Simon Franzini (WSBA No. 63689)
simon@dovel.com
Jonas Jacobson (WSBA No. 62890)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

BARG SINGER HOESLY PC
Cody Hoesly, WSBA #41190
121 SW Morrison St., Ste. 600
Portland, OR 97204
Tel: 503-241-3311
E-mail: choesly@bargsinger.com

*Attorneys for Plaintiff*

By: */s/ Ariel A. Martinez*

MARTINEZ & FARMER LLP

Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112 Tel: (206) 208-2270
Email : tyler@mfseattle.com

Stipulated Motion and Order
Regarding Amended Complaint
and Extension of Case Deadlines                    2

Email : ariel@mfseattle.com


By: /s/ *Leanne Sunderland*

DENTONS US LLP
Mark A. Silver
(*Admitted pro hac vice*)
Leanne Sunderland
(*Admitted pro hac vice*)
303 Peachtree Rd NE, Suite 5300
Atlanta, GA 30308 Telephone (404) 527-4000
mark.silver@dentons.com
leanne.sunderland@dentons.com

*Attorneys for Defendant The Bouqs Opco, LLC*

Stipulated Motion and Order
Regarding Amended Complaint
and Extension of Case Deadlines                    3

**<u>ORDER</u>**

The Court GRANTS the parties' stipulated motion.  Dkt. No. 23.  The previous unexpired deadlines (Dkt. No. 19) are extended, consistent with the parties' stipulation.

DATED THIS 17th day of April, 2026.

Kymberly K. Evanson
United States District Judge

Stipulated Motion and Order
Regarding Amended Complaint
and Extension of Case Deadlines                    4